Furman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

        Plaintiff,

  -against-

CONVERGYS CORPORATION and
CONVERGYS CUSTOMER MANAGEMENT
GROUP, INC.,

        Defendants.
------------------------------------- X

INDEX NO. 12-CV-8968 (JMF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/12

## STIPULATION AND [~~PROPOSED~~] ORDER

This Stipulation is entered into between Plaintiff Certain Underwriters at Lloyd's, London, Syndicates 623 and 2623, and Defendants Convergys Corporation and Convergys Customer Management Group, Inc., by and through their undersigned counsel.

WHEREAS, on November 20, 2012, Plaintiff filed its Summons and Complaint (the "Complaint") against Defendants in the Supreme Court of the State of New York, County of New York, Index No. 654029/2012;

WHEREAS, on December 10, 2012, Defendants filed their Notice of Removal in this action;

WHEREAS, Defendants' last day to answer or otherwise respond to the Complaint is December 17, 2012;

IT IS HEREBY STIPULATED AND AGREED that, subject to any further agreement or Order of this Court:

1. Defendants shall file an answer or otherwise respond to the Complaint on or before January 16, 2013.

Dated: New York, New York.
December 14, 2012

Respectfully submitted,

By: _____
Mary Kay Vyskocil, Esq.
Bryce L. Friedman, Esq.
Meghan E. Cannella, Esq.
SIMPSON THACHER
& BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*Attorneys for Plaintiff*
*Certain Underwriters at Lloyd's, London*

By: _____
Robin L. Cohen, Esq.
Adam S. Ziffer, Esq.
Michael N. DiCanio, Esq.
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
*Attorneys for Defendants*
*Convergys Corporation and Convergys Customer Management Group, Inc.*

SO ORDERED.
Dated: 12/14/12

_____
Hon. Jesse M. Furman
United States District Judge