UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

     Plaintiff,

    v.

CONVERGYS CORPORATION, and CONVERGYS CUSTOMER MANAGEMENT GROUP, INC.,

     Defendants.
------------------------------------------------------------------x

CASE NO.: 1:12 CV 8968 (JMF)

**NOTICE OF APPEARANCE**

**ECF CASE**

   PLEASE TAKE NOTICE that Bryce L. Friedman hereby appears in the above-captioned action as counsel for Plaintiff Certain Underwriters at Lloyd's, London.

Dated: December 31, 2012
   New York, New York

          Respectfully submitted,

         SIMPSON THACHER & BARTLETT LLP

         By: /s/ Bryce L. Friedman
            Bryce L. Friedman
            425 Lexington Avenue
            New York, New York 10017-3954
            Tel.: (212) 455-2000
            Fax: (212) 455-2502
            bfriedman@stblaw.com

         *Attorneys for Plaintiff Certain Underwriters at Lloyd's, London*