UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | CASE NO.: 1:12 CV 8968 (JMF) |
| Plaintiff, | |
| v. | |
| CONVERGYS CORPORATION, and CONVERGYS CUSTOMER MANAGEMENT GROUP, INC., | **NOTICE OF APPEARANCE** |
| Defendants. | **ECF CASE** |

----------------------------------------------------------------x

      PLEASE TAKE NOTICE that Meghan E. Cannella hereby appears in the above-captioned action as counsel for Plaintiff Certain Underwriters at Lloyd's, London.

Dated: December 31, 2012
      New York, New York

      Respectfully submitted,

      SIMPSON THACHER & BARTLETT LLP

      By:  /s/ Meghan E. Cannella
           Meghan E. Cannella
           425 Lexington Avenue
           New York, New York 10017-3954
           Tel.: (212) 455-2000
           Fax: (212) 455-2502
           mcannella@stblaw.com

      *Attorneys for Plaintiff Certain Underwriters at Lloyd's, London*