UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                         Plaintiff,

                 v.

CONVERGYS CORPORATION, and
CONVERGYS CUSTOMER MANAGEMENT
GROUP, INC.,

                        Defendants.
-----------------------------------------------------------------x

CASE NO.: 1:12 CV 8968 (JMF)

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON'S STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

**ECF CASE**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Certain Underwriters at Lloyd's, London, Syndicates 623 and 2623 certifies as follows:

        1.    Lloyd's Syndicates 623 and 2623 are managed by Beazley Furlonge Ltd.

        2.    Beazley Furlonge Ltd. is not publicly traded but is wholly owned by Beazley PLC.

        3.    Beazley PLC is a publicly traded company on the United Kingdom Stock Exchange.

        4.    Invesco Perpetual indirectly owns or controls more than 10% of Beazley PLC's stock.

Dated: New York, New York
December 31, 2012

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Bryce L. Friedman
Mary Kay Vyskocil
Bryce L. Friedman
Meghan E. Cannella
425 Lexington Avenue
New York, New York 10017-3954
Tel.: (212) 455-2000
Fax: (212) 455-2502
mvyskocil@stblaw.com
bfriedman@stblaw.com
mcannella@stblaw.com

*Attorneys for Plaintiff Certain Underwriters at Lloyd's, London*

2