UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                Plaintiff,

                v.

CONVERGYS CORPORATION, and
CONVERGYS CUSTOMER MANAGEMENT
GROUP, INC.,

                Defendants.
-------------------------------------------------------------x

CASE NO.: 1:12 CV 8968 (JMF)

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON'S STATEMENT PURSUANT TO LOCAL CIVIL RULE 81.1**

**ECF CASE**

       Pursuant to Local Civil Rule 81.1, Plaintiff Certain Underwriters at Lloyd's, London hereby states that:

       Certain Underwriters at Lloyd's, London, Syndicate 623 is an unincorporated association that receives its underwriting capital contributions from members that are citizens of foreign states. Syndicate 623 is not a citizen of Ohio. Certain Underwriters at Lloyd's, London, Syndicate 2623 is an unincorporated association that receives all of its underwriting capital contributions from Beazley Underwriting Ltd., which is a limited liability company incorporated in the United Kingdom and is a wholly owned subsidiary of Beazley PLC, which is incorporated in Jersey. Syndicate 2623 is not a citizen of Ohio.

Dated: New York, New York
December 31, 2012

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Bryce L. Friedman
    Mary Kay Vyskocil
    Bryce L. Friedman
    Meghan E. Cannella
    425 Lexington Avenue
    New York, New York 10017-3954
    Tel.: (212) 455-2000
    Fax: (212) 455-2502
    mvyskocil@stblaw.com
    bfriedman@stblaw.com
    mcannella@stblaw.com

*Attorneys for Plaintiff Certain Underwriters at Lloyd's, London*