UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                Plaintiff,

                v.

CONVERGYS CORPORATION, and
CONVERGYS CUSTOMER MANAGEMENT
GROUP, INC.,

                Defendants.
-----------------------------------------------------------------x

CASE NO.: 1:12 CV 8968 (JMF)

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Peter Hartofilis, hereby certify under the penalty of perjury that on January 11, 2013, I personally served a true and correct copy of the attached:

- **Notice of Initial Pre-Trial Conference, filed January 10, 2013 in *Certain Underwriters at Lloyds, London v. Convergys Corp., et al., 12-cv-8968*(JMF)**

- **Individual Practices in Civil Cases, Jesse M. Furman, United States District Judge**

By First Class Mail upon:

Robin L. Cohen, Esq.
Adam S. Ziffer, Esq.
Michael N. DiCanio, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

By depositing a true copy of the same in a properly addressed, postpaid wrapper in a regularly maintained official depository of the United States Post Office located in the City, County and State of New York.

Dated: New York, New York
January 11, 2013

Peter Hartofilis