UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CERTAIN UNDERWRITERS AT LLOYD'S LONDON, :
:
                 Plaintiff, :       12 Civ. 8968 (JMF)
:
   -v- :       ORDER
:
CONVERGYS CORPORATION, et al, :
:
                Defendants. :
:
------------------------------------------------------------------X

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/11/13]

JESSE M. FURMAN, United States District Judge:

       On December 10, 2012, this action was removed from the Supreme Court of the State of New York, New York County, by Defendants Convergys Corporation and Convergys Customer Management Group, Inc. Defendants assert that jurisdiction is proper by reason of diversity of citizenship, pursuant to Title 28, United States Code, Section 1332. (Notice of Removal ¶ 5).

       "For jurisdictional purposes, courts generally consider the citizenship of each Name in a Lloyd's syndicate." *Certain Underwriters at Lloyd's of London v. Illinois Nat. Ins. Co.*, No. 09 Civ. 4418 (LAP), 2012 WL 4471564, at *1 (S.D.N.Y. Sept. 24, 2012) (citing *Underwriters at Lloyd's, London v. Osting–Schwinn*, 613 F.3d 1079, 1088–89 (11th Cir. 2010)); *see also E.R. Squibb & Sons, Inc. v. Accident & Cas. Ins. Co.*, 160 F.3d 925, 929 (2d Cir.1998). "Each Name also must satisfy the amount in controversy requirement." *Certain Underwriters at Lloyd's of London*, 2012 WL 4471564, at *1 (citing *E.R. Squibb & Sons*, 160 F.3d at 933).

       In the instant action, the parties have represented in the Notice of Removal and in a statement pursuant to Local Civil Rule 81.1 that they are diverse for the purposes of diversity jurisdiction. Based on the submissions to date, however, it is not clear whether each Name satisfies the amount in controversy requirement, as required. Accordingly, it is HEREBY ORDERED that on or before **January 25, 2013,** Plaintiff shall submit via e-mail (to Furman_NYSD Chambers@nysd.uscourts.gov) a letter with respect to whether the amount-in-controversy jurisdictional requirement is satisfied.

       SO ORDERED.

Dated: January 11, 2013
       New York, New York

                                                  _____
                                                  JESSE M. FURMAN
                                                United States District Judge