UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

      Plaintiff,

  -against-

CONVERGYS CORPORATION and
CONVERGYS CUSTOMER MANAGEMENT
GROUP, INC.,

      Defendants.
------------------------------------- X

INDEX NO. 12-CV-8968 (JMF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/13

## STIPULATION AND ~~PROPOSED~~ ORDER

This Stipulation is entered into between Plaintiff Certain Underwriters at Lloyd's, London, Syndicates 623 and 2623, and Defendants Convergys Corporation and Convergys Customer Management Group, Inc., by and through their undersigned counsel.

WHEREAS, on November 20, 2012, Plaintiff filed its Summons and Complaint (the "Complaint") against Defendants in the Supreme Court of the State of New York, County of New York, Index No. 654029/2012;

WHEREAS, on December 10, 2012, Defendants filed their Notice of Removal in this action;

WHEREAS, Defendants' last day to answer or otherwise respond to the Complaint was December 17, 2012;

WHEREAS, Defendants filed a stipulation and proposed order on December 14, 2012, extending Defendants' time to answer or otherwise respond to the Complaint until January 16, 2013, which was so ordered by this Court on December 14, 2012;

-2-

WHEREAS, Defendants filed a stipulation and proposed order on January 11, 2013, extending Defendants' time to answer or otherwise respond to the Complaint until February 15, 2013, which was so ordered by this Court on January 14, 2013;

IT IS HEREBY STIPULATED AND AGREED that, subject to any further agreement or Order of this Court:

1. Defendants shall file an answer to the Complaint on or before March 18, 2013.

Dated: New York, New York
February 12, 2013

Respectfully submitted,

By: _____
Mary Kay Vyskocil, Esq.
Bryce L. Friedman, Esq.
Meghan E. Cannella, Esq.
SIMPSON THACHER
& BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*Attorneys for Plaintiff*
*Certain Underwriters at Lloyd's, London*

By: _____
Robin L. Cohen, Esq.
Adam S. Ziffer, Esq.
Michael N. DiCanio, Esq.
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
*Attorneys for Defendants*
*Convergys Corporation and Convergys*
*Customer Management Group, Inc.*

SO ORDERED.
Dated: 2/14/13

_____
Hon. Jesse M. Furman
United States District Judge