SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

———

FACSIMILE (212) 455-2502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/13

DIRECT DIAL NUMBER
(212) 455-2235

E-MAIL ADDRESS
bfriedman@stblaw.com

BY EMAIL

February 12, 2013

Re:   *Certain Underwriters at Lloyd's, London v. Convergys
      Corporation, et al.*, 12-cv-8968 (JMF)

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Furman:

We represent Plaintiff Certain Underwriters at Lloyd's, London, Syndicates 623
and 2623 ("Beazley") in the above-captioned matter. We write pursuant to the Court's February
6, 2013 Order directing Beazley to respond to Defendants' February 1, 2013 letter.

Defendants removed this action from New York Supreme Court. As Beazley
indicated in its Statement Pursuant to Local Civil Rule 81.1, diversity of citizenship between
each of the "Names" in the relevant Syndicates and Defendants is present. Only 24 of the 1,694
"Names" in the relevant Syndicates independently meet the amount in controversy requirement
set forth in 28 U.S.C. § 1332. Nonetheless, Beazley does not disagree that, notwithstanding
Judge Preska's statement in *Certain Underwriters at Lloyd's of London v. Illinois Nat'l Ins. Co.*,
No. 09 Civ. 4418 (LAP), 2012 WL 4471564, at *1 (S.D.N.Y. Sept. 24, 2012) that "[e]ach Name
also must satisfy the amount in controversy requirement," after *Exxon Mobil Corp. v. Allapattah
Services, Inc.*, 545 U.S. 546 (2005), the Court may, in its discretion, exercise supplemental
jurisdiction over the claims of the 1,670 "Names" that do not independently meet the amount in
controversy requirement.

Respectfully submitted,

*Bryce L. Friedman* (signature)

Bryce L. Friedman

SIMPSON THACHER & BARTLETT LLP

The Honorable Jesse M. Furman              -2-              February 12, 2013

cc:    Robin L. Cohen, Esq. (by email)
       Adam S. Ziffer, Esq. (by email)
       Michael N. DiCanio, Esq. (by email)
       Kasowitz, Benson, Torres & Friedman LLP
       1633 Broadway
       New York, NY 10019


              Upon review, the Court agrees with the parties that
              it has subject matter jurisdiction and that removal
              was therefore proper.

                                   SO ORDERED.

                                   February 14, 2013