UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

               Plaintiff,

               v.

CONVERGYS CORPORATION, and
CONVERGYS CUSTOMER MANAGEMENT
GROUP, INC.,

               Defendants.
-----------------------------------------------------------------x

CASE NO.: 1:12 CV 8968 (CRK)

**WITHDRAWAL OF APPEARANCE**

**ECF CASE**

## WITHDRAWAL OF APPEARANCE

       PLEASE TAKE NOTICE that the appearance of Meghan E. Cannella as co-counsel for Plaintiff Certain Underwriters at Lloyd's London, is hereby withdrawn, effective immediately.  Plaintiff will continue to be represented by Simpson Thacher & Bartlett LLP.

Dated: New York, New York
       March 10, 2014

                                       Respectfully submitted,

                           By  /s/ Meghan E. Cannella
                               Meghan E. Cannella
                               SIMPSON THACHER & BARTLETT
                               425 Lexington Avenue
                               New York, N.Y.  10017-3954
                               Telephone:  (212) 455-2000
                               Facsimile:   (212) 455-2502