UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CERTAIN UNDERWRITERS AT LLOYD'S, : 
LONDON, :
: Case No. 12-CV-8968 (CRK)
:
Plaintiff, :
:
v. :
:
CONVERGYS CORPORATION, and :
CONVERGYS CUSTOMER MANAGEMENT :
GROUP, INC., :
:
Defendants. :
:
:
:
-----------------------------------------------------------------x

**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

This matter came on for hearing before the undersigned Judge on March 11, 2014, on the Motion of Defendants Convergys Corporation and Convergys Customer Management Group, Inc. (together, "Convergys") For Partial Summary Judgment and the Motion of Plaintiff Certain Underwriters At Lloyd's, London ("Beazley") For Summary Judgment.

Based upon all of the files, records and proceedings herein, the memoranda of law and arguments of counsel,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

That for the reasons stated in the Court's Memorandum and Order, dated March 25, 2014,

1. Convergys' Motion For Partial Summary Judgment is DENIED in its entirety;

2. Beazley's Motion For Summary Judgment is GRANTED;

3. Insurance policy No. QK1102774 does not provide coverage for Convergys' settlement of the action captioned *Nicholas Martin v. Dun & Bradstreet, Inc. and Convergys Customer Management Group Inc.*, Case No. 1:12-CV-215 (N.D. Ill.) (the "*Martin* Settlement") and Beazley has no obligation to indemnify Convergys for or against the *Martin* Settlement;

    4.       Beazley's First Cause of Action is GRANTED;

and

    5.       Convergys' First through Fifth Counterclaims are DISMISSED WITH PREJUDICE.

                               BY THE COURT:

                               /s/ Claire R. Kelly
                               Hon. Claire R. Kelly, Judge

Dated: April 2, 2014
       New York, NY